

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-13-00563-CV

Trial Court Cause
Number:    2004-06321-B

Style:    Joel D. Mallory Jr.

    **v** Locker & Lee, P.C.

Date motion filed[*]:    8/27/2013

Type of motion:    Appellant's Motion for Extension of Time to Comply with Court's Order and to File Appellate Brief

Party filing motion:    Joel D. Mallory, Jr.

Document to be filed:

Is appeal accelerated? ☐ Yes   ☐ No

If motion to extend time:

    Original due date:    9/2/2013

    Number of previous extensions granted:    One extension granted previously for court record, none for appellate brief

    Date Requested:    10/2/2013

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: <u>10/2/2013</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: <u>/s/Justice Harvey Brown</u>
    ☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: <u>9/5/2013</u>